No. 839. MILMAR ESTATE, INC., ET AL. v. MARCUS. C. A. 3d Cir. Certiorari denied. *Leon M. Rosen* for Milmar Estate, Inc., *Abraham Chazin* for Bierman et al., and *Abraham J. Multer* for Kevelson, petitioners. *Maurice Schapira* for respondent.

No. 848. SPANOS v. CARTER, TRUSTEE. C. A. 8th Cir. Certiorari denied. *Terence M. O'Brien* for petitioner. Respondent *pro se*.

No. 800. BLACK DIAMOND STEAMSHIP CORP. v. AMERICAN SMELTING & REFINING CO. ET AL.; and
No. 815. SKIBS A/S JOLUND v. AMERICAN SMELTING & REFINING CO. ET AL. Motions for leave to file briefs of Norges Rederforbund and Koninklijke Nederlandsche Reedersvereeniging, as *amici curiae,* granted. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. *Daniel L. Stonebridge* and *Wilbur E. Dow, Jr.* for petitioner in No. 800. *Warner Pyne* and *Dudley C. Smith* for petitioner in No. 815. *Henry N. Longley* and *John W. R. Zisgen* for respondents. *Eugene Underwood, Harold M. Kennedy* and *Hervey C. Allen* for Norges Rederforbund (Norwegian Shipowners' Association), and *Charles S. Haight* for Koninklijke Nederlandsche Reedersvereeniging (Royal Netherlands Shipowners Association), movants. Reported below: 250 F. 2d 777.

No. 199, Misc. PARKER v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Eugene D. O'Sullivan, Sr.* for petitioner. *Clarence S. Beck,* Attorney General of Nebraska, and *Homer G. Hamilton,* Assistant Attorney General, for respondent.